

# Fourth Court of Appeals
## San Antonio, Texas

June 3, 2021

No. 04-21-00068-CR

Albert Araiza **GARCIA**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR0541
The Honorable Velia J. Meza, Judge Presiding

# O R D E R

Appellant's brief was originally due to be filed on May 12, 2021. The brief has not been filed. Appellant's attorney is ORDERED to respond to this court in writing **no later than June 14, 2021**. The response should state a reasonable explanation for failing to timely file the brief and demonstrate the steps being taken to remedy the deficiency. If appellant's attorney fails to file an adequate response by June 14, 2021, this appeal will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions are appropriate. Tex. R. App. P. 38.8(b)(2).

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of June, 2021.

_____
MICHAEL A. CRUZ, Clerk of Court